UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**KELLY OLIN,**

                     Plaintiff,

     - against -

**THE ROCHESTER CITY SCHOOL DISTRICT,**
**JEROME A. TRIPPE, MATTHEW E. SEEGER,**
**GERALD A. CUTAIA, and THOMAS P. KEYSA,**

                   Defendant.
_____

                            **APPEARANCE OF COUNSEL**

                            Civ. Action No. 18-CV-6006L

     **PLEASE TAKE NOTICE** that the undersigned hereby appears as co-counsel for the

defendant, Rochester City School District, in this action, and that service of all pleadings, notices,

and other papers and communications should be made on the undersigned at the address stated

below, or through the CM/ECF system, if applicable under the Federal Rules of Civil Procedure

and the Local Rules of Civil Procedure.

Dated:        January 3, 2023
               Rochester, New York

                         **ROCHESTER CITY SCHOOL DISTRICT**
                         **DEPARTMENT OF LAW**
                         **Adrian G. Neil, General Counsel**
                         *Attorneys for The Districts Defendants*

              BY:                     
                     Ryan J. McDonald, Esq.
                     131 West Broad Street
                     Rochester, New York 14614
                     (585) 262-8550
                     Ryan.mcdonald@rcsdk12.org

cc: Counsel of Record, via CM/ECF
    Matthew V. Simeone, Esq., CM/ECF